UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEYDEN ROSA ROVELO,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08 Civ. 1830 (RWS)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James L. Hallowell, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3804 (Telephone)
    (212) 351-5266 (Facsimile)

2

Dated: New York, New York
March 6, 2008

                    GIBSON, DUNN & CRUTCHER LLP

                    By: <u>s/ James L. Hallowell</u>

                    James L. Hallowell
                    200 Park Avenue, 47th Floor
                    New York, New York 10166-0193
                    Telephone: (212) 351-4000
                    Facsimile: (212) 351-4035
                    jhallowell@gibsondunn.com

                    Attorney for Defendant
                    Title Insurance Rate Service Association, Inc.