UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
Leyden Rosa Rovelo,

        Plaintiff,

v.

Fidelity National Title Insurance Co., *et al.*,

        Defendants.

-----------------------------------------------------------------x

Case No. 08 Civ. 1830

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Patrick T. Shilling, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Patrick T. Shilling, Esq. (pshilling@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
March 6, 2008

        SIMPSON THACHER & BARTLETT LLP

        By:  s/ Patrick T. Shilling

        Patrick T. Shilling
        425 Lexington Avenue
        New York, New York 10017-3954
        Telephone: (212) 455-2000
        Facsimile: (212) 455-2502
        pshilling@stblaw.com

*Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*