UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
LEYDEN ROSA ROVELO,                                 :
                                                    :
                    Plaintiff,                      :
                                                    :
        v.                                          :    Case No. 08 Civ. 1830 (RWS)
                                                    :
FIDELITY NATIONAL TITLE INSURANCE                   :
COMPANY, *et al.*,                                  :
                    Defendants.                     :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                    x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance

Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit

corporation. Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly

held.


Dated: New York, New York
March 6, 2008


                                        GIBSON, DUNN & CRUTCHER LLP


                                        By:  _s/ James L. Hallowell_____
                                             John A. Herfort
                                             James L. Hallowell


                                        200 Park Avenue
                                        New York, New York 10166-0193
                                        Phone: (212) 351-4000
                                        Fax: (212) 351-4035
                                        jherfort@gibsondunn.com
                                        jhallowell@gibsondunn.com

                                        Attorneys for Defendant
                                        Title Insurance Rate Service Association, Inc.