UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :   Index No.: 08 CV 1830
LEYDEN ROSA ROVELO, et al,                                           :
                                                                     :
                          Plaintiffs,                                :
                                                                     :
          - against -                                                :   **NOTICE OF APPEARANCE**
                                                                     :
FIDELITY NATIONAL TITLE INSURANCE CO., et al,                        :
                                                                     :
                          Defendants.                                :
                                                                     :
-------------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Kenneth Lapatine of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

    Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
      March 11, 2008

                    Respectfully submitted,

                    GREENBERG TRAURIG, LLP

                    By: /s/ Kenneth Lapatine _____
                    Kenneth Lapatine (KL-3985)
                    James I. Serota (JS-6802)
                    Stephen L. Saxl (SS-1028)
                    GREENBERG TRAURIG, LLP
                    200 Park Avenue
                    New York, New York 10166
                    Telephone: (212) 801-9200
                    Facsimile: (212) 801-6400
                    lapatinek@gtlaw.com
                    serotaj@gtlaw.com
                    saxls@gtlaw.com

                    *Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*