UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

LEYDEN ROSA ROVELO,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.

------------------------------------------------- x

Case No. 08 Civ. 1830 (RWS)

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Daniel J. Chirlin, an associate with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Daniel J. Chirlin, Esq. (dchirlin@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3850 (Telephone)
    (212) 351-6350 (Facsimile)

Dated: New York, New York
March 12, 2008

        GIBSON, DUNN & CRUTCHER LLP

        By: <u>s/ Daniel J. Chirlin</u>

        Daniel J. Chirlin
        200 Park Avenue, 47th Floor
        New York, New York 10166-0193
        Telephone: (212) 351-4000
        Facsimile: (212) 351-4035
        dchirlin@gibsondunn.com

        Attorney for Defendant
        Title Insurance Rate Service Association, Inc.