UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEYDEN ROSA ROVELO, on behalf of herself and all others similarly situated, | : | "ECF CASE" |
| | : | 08 cv 1830 (RWS) |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, CHICAGO TITLE INSURANCE COMPANY, TICOR TITLE INSURANCE COMPANY, FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK, UNITED GENERAL TITLE INSURANCE COMPANY, FIRST AMERICAN CORPORATION, COMMONWEALTH LAND TITLE INSURANCE COMPANY, LAWYERS TITLE INSURANCE CORPORATION, LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE COMPANY, MONROE TITLE INSURANCE CORPORATION, STEWART INFORMATION SERVICES CORPORATION, AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC., | : | |
| Defendants. | : | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant LandAmerica Financial Group, Inc. states that it is a publicly traded corporation. Based on the information presently available to Defendant LandAmerica Financial Group, Inc., no publicly held corporation owns 10% or more of LandAmerica Financial Group, Inc.'s stock.

7842483.1

Defendant Commonwealth Land Title Insurance Company states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Defendant Lawyers Title Insurance Corporation states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Dated:  New York, New York
        March 13, 2008

By: /s/ David P. Langlois
David P. Langlois (DL 2319)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile:  (212) 389-5099
david.langlois@sablaw.com

*Attorney for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc.*

7842483.1