Mark A. Robertson
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3000
Telecopier: 212-318-3400

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LEYDEN ROSA ROVELO, on behalf himself : 08 CV 01830 (RWS)
and all others similarly situated, :
 : **NOTICE OF APPEARANCE**
        Plaintiffs, :
 :
    - against - :
 :
FIDELITY NATIONAL TITLE INSURANCE, :
COMPANY, et al., :
 :
        Defendants. :
------------------------------------------------------------x

    Mark A. Robertson appears as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation. The clerk of courts is requested to note this appearance on the court's docket and to forward all entries, orders, notices, and other court documents in this proceeding to the undersigned.

80161972.1

Dated: March 14, 2008
      New York, New York

Respectfully submitted by:

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3000
Facsimile: 212-318-3400
E-mail: mrobertson@fulbright.com
*Counsel for Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice of Appearance was served on March 14th, 2008, by United States Mail, return receipt requested on the following:

Christopher J. Gray, Esq.
Law Offic of Christopher J. Gray, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022

Louis F. Burke, Esq.
Lesli Wybiral, Esq.
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022

Kevin J. Arquit, Esq.
Barry R. Ostrager, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954

Jamie I. Serota, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, New York 10166-0193

John Herfort, Esq.
James L. Hallowell, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Phillip E. Stano, Esq.
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, D.C. 20004-2415

_____
Mark A. Robertson

80161972.1

- 2 -