Sweet T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAR 10 2008
JUDGE SWEET CHAMBERS

-----------------------------------------x
LEYDEN ROSA ROVELO,

      Plaintiff,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

      Defendants.
-----------------------------------------x

Case No. 08 Civ. 1830 (RWS)

### STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

      IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, in the above-captioned action, through their undersigned counsel, as follows:

      1)    Defendants shall accept service of the Complaint in the above-captioned action.

      2)    Defendants shall not be obligated to answer, move, or otherwise respond to the Complaint in the above-captioned action until 45 days after this Court or any court to which the action is hereafter transferred determines whether this action shall be consolidated with all other actions involving common questions of law or fact (the "Response Date").

      3)    Plaintiff shall not be obligated to oppose any motion to dismiss by any Defendant until 60 days after the Response Date.

      4)    Defendants shall have 30 days to reply to Plaintiff's opposition to any motion to dismiss.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

5)   Nothing in this stipulation shall be construed as a waiver of any party's right to seek or oppose transfer of this action or consolidation of this action with any other action.

6)   This stipulation may be executed in counterparts, including by signature transmitted by facsimile.

Dated: New York, New York
       March 6, 2008

SIMPSON THACHER & BARTLETT LLP

By: _____
Barry R. Ostrager
Kevin J. Arquit
Patrick T. Shilling
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com
karquit@stblaw.com
pshilling@stblaw.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*

2

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.

By: _C./___
Christopher J. Gray
460 Park Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 838-3221


LOUIS F. BURKE, P.C.

By: _____
Louis F. Burke
Lesli Wybiral
460 Park Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 682-1700

*Attorneys for Plaintiff Leyden Rosa Rovelo*


FULBRIGHT & JAWORSKI L.L.P.


By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Insurance
Company, Monroe Title Insurance Corporation,
and Stewart Information Service Corporation*

3

LAW OFFICE OF CHRISTOPHER J. GREY, P.C.

By: _____
Christopher J. Grey
460 Park Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 838-3221

LOUIS F. BURKE, P.C.

By: _____
Louis F. Burke
Lesli Wybiral
460 Park Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 682-1700

*Attorneys for Plaintiff Leyden Rosa Rovelo*

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3304
Telecopier: 212-318-3400
mrobertson@fulbright.com

*Attorneys for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation, and Stewart Information Service Corporation*

3

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*


GREENBERG TRAURIG, LLP


By: _____
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

4

GIBSON, DUNN & CRUTCHER LLP

By: _____
John A. Herfort
James L. Hallowell
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jherfort@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Title Insurance Rate Service Association, Inc.*


GREENBERG TRAURIG, LLP

By: /s/ James I. Serota
James I. Serota
Kenneth Lapatine
Stephen L. Saxl
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*

4

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ David R. Langlois
David R. Langlois
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
david.langlois@sablaw.com

*Attorney for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc.*

SO ORDERED:

/s/ Sweet
U.S.D.J.

5